| | |
|---|---|
| **POST & SCHELL, P.C.**<br>BY: JOSEPH R. FOWLER<br>I.D. #: 55661<br>1800 JOHN F. KENNEDY BLVD.<br>PHILADELPHIA, PA  19103-7480<br>215-587-1000 | ATTORNEYS FOR DEFENDANTS<br>PEDRO ORTIZ and SHAN-LOR<br>TRUCKING EQUIPMENT |
| DEBBIE FISHER<br><br>      Plaintiff,<br><br>    v.<br><br>PEDRO ORTIZ and SHAN-LOR TRUCKING EQUIPMENT<br><br>      Defendant,<br><br>  and<br><br>PAUL LENAROSON<br><br>      Additional Defendant. | UNITED STATES DISTRICT COURT<br>FOR THE EASTERN DISTRICT<br>OF PENNSYLVANIA<br><br><br><br>NO. |

**PETITION FOR NOTICE OF REMOVAL OF**
**<u>DEFENDANTS, PEDRO ORTIZ AND SHAN-LOR TRUCKING EQUIPMENT</u>**

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT**
**COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA:**

  Removing parties, Pedro Ortiz and Shan-Lor Trucking Equipment, by and through their undersigned attorneys, file the following Notice of Removal for the purpose of removing this civil action to the United States District Court for the Eastern District of Pennsylvania, and in support thereof, aver as follows:

1. Removing parties are Defendants in the above-entitled action.

2. Plaintiff's commenced this action by filing a Praecipe to Issue Writ of Summons in the Philadelphia County Court of Common Pleas on or about January 9, 2002.  Plaintiff

   served Defendants with copy of the Complaint on or about April 15, 2002. A true and correct copy of the Complaint is attached hereto as Exhibit "A."

3. The above-entitled action wholly involves citizens and corporations of different states. At the time of commencement of the above-entitled action, and since that time, Plaintiff is an individual who resides in Pennsylvania. Defendant, Pedro Ortiz, resides in the State of New York. Defendant, Shan-Lor Trucking Equipment, is a New York corporation, with a principal place of business in Forestville, New York.

4. On April 19, 2002, Defendant filed a Praecipe for Issuance of Writ of Summons to join Paul Lenaroson as an Additional Defendant. Paul Lenaroson is a citizen of the State of Maryland. A true and correct copy of the docket is attached hereto as Exhibit "B."

5. Paul Lenaroson is an individual who resides in a different state. Therefore, diversity of citizenship will still exist after the joinder of this party.

6. The amount in controversy, exclusive of interest and costs, is in excess of $75,000.00.

7. This Court, therefore, has original jurisdiction of the above-entitled action pursuant to 28 U.S.C. §1332, and the action may be therefore removed to this Court pursuant to 28 U.S.C. §1441(b).

8. This Notice of Removal is filed with this Court within 30 days after service of the Complaint on the Removing parties.

9. Removing parties have, simultaneously with the filing of this Notice of Removal, given written notice to counsel for Plaintiff and Additional Defendant, Paul Lenaroson.

10. Removing parties have filed a copy of this Notice of Removal and attachments with the Prothonotary of the Court of Common Pleas of Philadelphia County.

**WHEREFORE**, Defendants respectfully request that this action be removed to this Honorable Court pursuant to the laws of the United States of America.

Respectfully submitted,

**POST & SCHELL, P.C.**


By:_____
    JOSEPH R. FOWLER, ESQUIRE
    Attorney for Defendants

Dated:

**POST & SCHELL, P.C.**
BY: JOSEPH R. FOWLER
I.D. #: 55661
1800 JOHN F. KENNEDY BLVD.
PHILADELPHIA, PA  19103-7480
215-587-1000

ATTORNEYS FOR DEFENDANTS
PEDRO ORTIZ and SHAN-LOR
TRUCKING EQUIPMENT

| | |
|---|---|
| DEBBIE FISHER<br><br>                    Plaintiff,<br><br>           v.<br><br>PEDRO ORTIZ and SHAN-LOR TRUCKING EQUIPMENT<br><br>                    Defendant. | UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA<br><br><br>NO. |

**NOTICE OF REMOVAL OF DEFENDANTS,
DEFENDANTS, PEDRO ORTIZ AND SHAN-LOR TRUCKING EQUIPMENT**

TO:   The Prothonotary
      Philadelphia County Court of Common Pleas

      Peter N. Munsing, Esquire           David C. Ray, Esquire
      939 Penn Avenue                     140 East State Street
      Wyomissing, PA 19610                P.O. Box 1287
                                          Doylestown, PA 18901

Please take Notice that on May 30, 2002, Defendants, Pedro Ortiz and Shan-Lor Trucking Equipment, filed in the office of the Clerk of the United States District Court for the Eastern District of Pennsylvania, the within Notice of Removal.

The Notice of Removal is also being filed with the Court of Common Pleas of Philadelphia County pursuant to 28 U.S.C.§1446(d).  A Praecipe to Remove the case from the Philadelphia County Dockets will be filed after the federal court assigns this matter an appropriate number.

Respectfully submitted,

**POST & SCHELL, P.C.**

By:_____
     JOSEPH R. FOWLER, ESQUIRE
     Attorney for Defendants

Dated:

**POST & SCHELL, P.C.**  
BY: JOSEPH R. FOWLER  
I.D. #: 55661  
1800 JOHN F. KENNEDY BLVD.  
PHILADELPHIA, PA  19103-7480  
215-587-1000

ATTORNEYS FOR DEFENDANTS  
PEDRO ORTIZ and SHAN-LOR  
TRUCKING EQUIPMENT

| | |
|---|---|
| DEBBIE FISHER<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>PEDRO ORTIZ and SHAN-LOR TRUCKING EQUIPMENT<br><br>　　　　　Defendant. | UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA<br><br>NO. : 02-CV-3460 |

## PRAECIPE FOR REMOVAL

Pursuant to 28 U.S.C.§1446(d), Defendants, Pedro Ortiz and Shan-Lor Trucking Equipment, hereby file a copy of the Notice of Removal filed with the Clerk of the United States District Court for the Eastern District of Pennsylvania on May 30, 2002.

Please note that it has been assigned Civil Action No. 02-CV-3460 as per the attached certified Notice of Removal.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　**POST & SCHELL, P.C.**

　　　　　　　　　　　　　　　　　BY:_____  
　　　　　　　　　　　　　　　　　　　JOSEPH R. FOWLER, ESQUIRE  
　　　　　　　　　　　　　　　　　　　Attorney for Defendant, Shan-Lor  
　　　　　　　　　　　　　　　　　　　Trucking and Pedro Ortiz

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within Notice for Removal has been served on all interested parties listed below via first class mail, postage pre-paid on May 30, 2002.

Peter N. Munsing, Esquire
939 Penn Avenue
Wyomissing PA 19610

David C. Ray, Esquire
Plakins, Rieffel & Ray
The John Barclay House – 1814
140 East State Street
P.O. Box 1287
Doylestown, PA 18901

**POST & SCHELL, P.C.**

BY:_____
JOSEPH R. FOWLER, ESQUIRE
Attorney for Defendants