**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DEBBIE FISHER : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | NO. : 02-CV-3460 |
| : | |
| PEDRO ORTIZ, SHAN-LOR : | |
| TRUCKING EQUIPMENT, : | |
| : | |
| Defendants, : | |
| and : | |
| : | |
| PAUL LENAROSON : | |
| : | |
| Additional Defendant. : | |
| : | |

**DEFENDANTS', PEDRO ORTIZ AND SHAN-LOR**
**TRUCKING EQUIPMENT, MOTION TO AMEND CAPTION**

Defendants, Pedro Ortiz and Shan-Lor Trucking Equipment, by and through their attorneys, Post & Schell, P.C., hereby move to Amend the Caption in this matter, and in support thereof aver as follows:

1. Plaintiff initiated this action by filing a Writ of Summons with the Philadelphia County Court of Common Pleas.

2. Plaintiff filed a Complaint on May 13, 2002.

3. On April 23, 2002, Defendants, Pedro Ortiz and Shan-Lor Trucking, filed a Praecipe to Issue Writ to join Paul Lenaroson as an Additional Defendant.

4. On May 30, 2002, Defendants, Pedro Ortiz and Shan-Lor Trucking, filed a Petition for Notice of Removal based on diversity of citizenship. However, Additional

2

Defendant, Paul Lenaroson's, name was inadvertently omitted from the caption on the Petition for Notice of Removal.

     5.     Paul Lenaroson should be included in the caption of this case because he was joined as an Additional Defendant prior to the case being removed to the United States District Court for the Eastern District of Pennsylvania.

     **WHEREFORE**, Defendants respectfully request this Honorable Court grant their Motion to Amend Caption and enter the accompanying Order.

     Respectfully submitted,

     **POST & SCHELL, P.C.**

     _____
     JOSEPH R. FOWLER, ESQUIRE
     Attorney for Defendants, Pedro Ortiz
     and Shan-Lor Trucking

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBBIE FISHER | : | |
| Plaintiff, | : | |
| vs. | : | NO. : 02-CV-3460 |
| PEDRO ORTIZ, SHAN-LOR TRUCKING EQUIPMENT, | : | |
| Defendants, and | : | |
| PAUL LENAROSON | : | |
| Additional Defendant. | : | |

## **ORDER**

AND NOW, this            day of                  , 2002, upon consideration of Defendants' Motion to Amend Caption, it is hereby **ORDERED** that said Motion is **GRANTED**, and the caption is amended to include the name of Paul Lenaroson as an Additional Defendant.

_____

J

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within Motion to Amend Caption has been served on all interested parties listed below via first class mail, postage pre-paid on July 18, 2002.

Peter N. Munsing, Esquire
939 Penn Avenue
Wyomissing PA 19610


David C. Ray, Esquire
Plakins, Rieffel & Ray
The John Barclay House – 1814
140 East State Street
P.O. Box 1287
Doylestown, PA 18901

                                                  POST & SCHELL, P.C.


                                                  BY: _____
                                                  JOSEPH R. FOWLER, ESQUIRE
                                                  Attorney for Defendants

2

Case 2:02-cv-03460-MMB   Document 8   Filed 07/19/2002   Page 5 of 6

3