IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FISHER                          :        CIVIL ACTION
                                :
                                :
    v.                          :
                                :
                                :
ORTIZ                           :        NO. 02-3460


O R D E R


AND NOW, this 5th day of August, 2002, in accordance with the court's procedure for random reassignment of cases, it is hereby

ORDERED that the above-captioned case is reassigned from the calendar of the Honorable William H. Yohn, Jr. to the calendar of the Honorable Michael M. Baylson.


FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:


_____
MICHAEL E. KUNZ
Clerk of Court