IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBBIE FISHER | : | CIVIL ACTION |
| vs. | : | |
| PEDRO P. ORTIZ, SHAN-LOR TRUCKING EQUIPMENT | : | |
| ============================ PEDRO P. ORTIZ, SHAN-LOR TRUCKING EQUIPMENT | : | |
| vs. | : | |
| PAUL LENARDSON | : | NO. 02-3460 |

## NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on Thursday, January 16, 2003.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

                    Michael E. Kunz
                    Clerk of Court

By:_____
ADRIENNE MANN
Deputy Clerk
Phone:267-299-7075

Date:September 9, 2002

Copies:    Lenora Kashner, Courtroom Deputy to Judge Baylson
             Docket Clerk - Case File

        Counsel:    Peter N. Munsing, Esq.
                       Joseph R. Fowler, Esq.
                       David C. Ray, Esq.

ARB2.FRM