IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBBIE FISHER | : | CIVIL ACTION |
| vs. | : | |
| PEDRO P. ORTIZ, SHAN-LOR TRUCKING | : | |
| -------------------------------------------------------- | | |
| PEDRO P. ORTIZ, SHAN-LOR TRUCKING | : | |
| vs. | : | |
| PAUL LENARDSON | : | NO. 02-3460 |

## CANCELLATION OF ARBITRATION HEARING

Please take note that the above-captioned civil action case currently sheduled for ARBITRATION at 9:30 am on Thurday, January 16, 2003, has been CANCELLED.

 

Michael E. Kunz
Clerk of Court


By:_____
ADRIENNE MANN
Deputy Clerk
Phone:<u>267-299-7075</u>

Date:<u>January 9, 2003</u>

Copies:    Lenora Kashner, Courtroom Deputy to Judge Baylson
              Docket Clerk - Case File

        Counsel:    Peter N. Munsing, Esq.
                          Joseph R. Fowler, Esq.
                          David C. Ray, Esq.

ARB2.FRM