IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBBIE FISHER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PEDRO P. ORTIZ, et al. | : | NO. 02-3460 |

### ORDER OF TRANSFER OUT OF CIVIL SUSPENSE FILE

**AND NOW**, this 8th day of August, 2006, it appearing to the Court that the above entitled case should be transferred from the Civil Suspense File, it is

**ORDERED** that the Clerk of Court transfer said case from the Civil Suspense File to the current docket for final disposition.

```
                                          s/Michael M. Baylson
                                          Michael M. Baylson, U.S.D.J.
```

O:\forms\Order - take case out of suspense.wpd