IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DEBBIE FISHER                      :        CIVIL ACTION
                                   :
              v.                   :
                                   :
PEDRO P. ORTIZ, et al.             :        NO. 02-3460

**O R D E R**

      **AND NOW, TO WIT:** This    10th    day of August, 2006, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

      **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

                      **MICHAEL E. KUNZ**, Clerk of Court


                **BY:**   s/Lynn Meyer
                              Lynn Meyer
                              Deputy Clerk

cc:    Peter Munsing, Esquire (fax)
       Joseph Fowler, Esquire (e-mail)
       David Ray, Esquire (e-mail)

O:\41(b) Orders to Dismiss\Fisher v. Ortiz 02-3460 - 41 b order.wpd